AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.

SHEILA MARGARET HAYFORD

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 06-108-UNA

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | 10/12/06 AT 1:00 PM |

**\*\* Please report to the U.S, Marshal's office Rm #100 by 12:00 pm**

To answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __152(3) and (2)__

Brief description of offense:

BANKRUPTCY FRAUD - ( COUNTS I THRU V )

FILED
OCT 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY: _____; Deputy Clerk
Signature of Issuing Officer

10/6/2006 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date |
| Service was made by me |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _By Cert. Mail_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _10-10-06_
Date

_JW Thomas_
Name of United States Marshal

_BJ Fahey_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance)

For delivery information visit our website

OFFICIAL

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sheila Margaret Hayford
Dover, DE 19904

Street, or PO Box
City, State, ZIP+4

7004 1160 0006 7939 8647

PS Form 3800, June 2002 — See Reverse for Instructions

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Simmons  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Simmons    C. Date of Delivery |
| 1. Article Addressed to:<br><br>**Sheila Margaret Hayford**<br><br>**Dover, DE 19904** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number  7004 1160 0006 7939 8647 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |