IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v. ___Hayford___   CASE NO. __CR 06-108 (KAJ)__

The defendant, __Sheila Margaret Hayford__, having been scheduled for arraignment on __October 19, 2006__ a continuance having been requested by __Defense counsel__ for the following reasons: __scheduling conflicts__ _____ and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to __October 26, 2006__

(2) The period between __October 12, 2006__ and __October 26, 2006__ shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 10/13/06