OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 13, 2006

UNITED STATES OF AMERICA

      v.                           CR 06-108-KAJ

Sheila Margaret Hayford

I hereby acknowledge receipt of the following documents: U.S. Passport No. _209369655 issued on October 30, 2003. Expiration date October 29, 2013 issued to the above defendant._

10-13-2006

_____
DATE

_Donna M. Seningen_
_____
DEPUTY CLERK