IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHEILA MARGARET HAYFORD<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CR   CASE # 06-108 (KAJ)<br>)  PLEASE DIRECT ALL INQUIRIES<br>)  TO 573-6128<br>) |

NOTICE TO APPEAR

Please note that the above captioned case has been scheduled for an **ARRAIGNMENT** before the Honorable Mary Pat Thynge, on **OCTOBER 26, 2006 AT 1:00 PM** in Courtroom #6C, 6th Floor, Boggs Federal Building, 844 N. King Street, Wilmington, DE.

Peter T. Dalleo
Clerk of the Court

By: _Evette Watson_
Deputy Clerk

Date: 10/18/06

To: Sheila Margaret Hayford

cc: counsel



FILED
OCT 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE