UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>Sheila M. Hayford<br><br>        Defendant. | )<br>)<br>)<br>)<br>) CASE NO. CR 06-108 (KAJ)<br>)<br>)<br>)<br>)<br>) |

### ORDER

The defendant, upon entering a plea of not guilty to the Indictment on 10/26/06 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until December 8, 2006 The time between the date of this order and December 8, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                                                         _____<br>
                                                                     Honorable Mary Pat Thynge<br>
                                                                       U.S. Magistrate Judge

cc: Defense Counsel<br>
    United States Attorney