IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-108-KAJ |
| SHEILA HAYFORD, | : | |
| Defendant. | : | |

**MOTION FOR SCHEDULING CONFERENCE
AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

**COME NOW,** the Defendant Sheila Hayford, by and through her attorney, John S. Malik, and respectfully requests that a Scheduling Conference be held in order to set a trial date and that any time from the date of the filing of this motion to the commencement of trial be excluded under the Speedy Trial Act in order to permit Defendant Hayford additional time to analyze the government's voluminous discovery response in the subject bankruptcy fraud case. This motion is made with the consent of Defendant Hayford, for the benefit of Defendant Hayford, and to promote the interests of justice. Furthermore, Shannon T. Hanson, Esquire, Assistant United States Attorney, has advised that the government does not oppose this motion.

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
302-427-2247
Attorney for Defendant,
Sheila Hayford

Dated: December 18, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-108-KAJ |
| SHEILA HAYFORD, | : | |
| Defendant. | : | |

## ORDER

**AND NOW, TO WIT,** this _____ day of December, A.D., 2006, Defendant Sheila Hayford's Motion for Scheduling Conference and to Exclude Time Under the Speedy Trial Act having been duly heard and considered and good cause having been shown,

**IT IS SO ORDERED:**

That a Scheduling Conference will be held in order to set a trial date and that any time from the date of the filing of Defendant Hayford's motion to the commencement of trial will be excluded under the Speedy Trial Act in the interests of justice for the benefit of Defendant Hayford and in order to permit Defendant Hayford additional time to analyze the government's voluminous discovery response in the subject bankruptcy fraud case.

_____
THE HONORABLE KENT A. JORDAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-108-KAJ |
| SHEILA HAYFORD, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, John S. Malik, attorney for Defendant Sheila Hayford do hereby certify that on this 18th day of December, A.D., 2006, I have had the attached Motion for Scheduling Conference and to Exclude Time Under the Speedy Trial Act served electronically upon the individual listed below at the following address:

>Shannon T. Hanson, Esquire
>Assistant United States Attorney
>United States Attorney's Office
>Nemours Building
>1007 Orange Street, Suite 700
>Wilmington, Delaware 19801

>/s/ John S. Malik
>JOHN S. MALIK
>100 East 14th Street
>Wilmington, Delaware 19801
>(302) 427-2247
>Attorney for Defendant,
> Sheila Hayford