IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-108 JJF |
| SHEILA MARGARET HAYFORD, | : |
| Defendant. | : |

**ORDER**

WHEREAS, on February 8, 2007 a Scheduling Conference was held;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Trial will commence on **Monday, April 23, 2007 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The parties shall submit to the Court Jointly Proposed Jury Instructions, along with a copy on disc in WordPerfect format, no later than **8:30 a.m. on Monday, April 23, 2007**.

3) Any Proposed Special Voir Dire Questions shall be filed by **Friday, April 20, 2007.**

4) Motions in limine shall be filed so as to be completed briefing by no later than **Wednesday, April 18, 2007.**

5) The time between February 8, 2007 and April 23, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

February 15, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE