IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 06-108-JJF |
| | : | |
| SHEILA HAYFORD, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT HAYFORD'S MOTION IN LIMINE**

  **COME NOW,** the Defendant Sheila Hayford, by and through her attorney, John S. Malik, and respectfully requests that this Honorable Court grant Defendant's Motion in Limine based upon the following grounds:

  1. The subject criminal action involves five counts of Knowingly Making a Material False Declaration Under Penalty of Perjury in violation of 18 U.S. C. § 152(3).

  2. The Indictment alleges that Defendant Sheila Hayford fraudulently stated in five separate bankruptcy petitions filed between May 24, 2004 and September 6, 2006 that she previously had filed only one prior bankruptcy petition within the past eight years when she in fact had filed multiple bankruptcy petitions during the foregoing time frame.

  3. The government alleges in its Indictment and it is expected that the government will seek to introduce into evidence at trial the specific reasons why the first six of Ms. Hayford's bankruptcy petitions had been dismissed, which include Ms. Hayford's failures:  to confirm a Chapter 13 Plan, to make payments consistent with a

Chapter 13 Plan, to attend 341 Creditors' Meetings, and to timely file schedules and other necessary documentation.

  4. Defendant Hayford submits that the essence of the government's case is that she filed five bankruptcy petitions in which she affirmatively represented that she previously had filed only one prior bankruptcy petition when she actually had filed between two and five prior bankruptcy petitions. In order to prove the alleged fraudulent misrepresentation of the number of prior bankruptcy petitions filed by Ms. Hayford, it is not necessary to prove the reason why Defendant Hayford's prior bankruptcy petitions were dismissed. The reason for the dismissals of Ms. Hayford's prior bankruptcy petitions is irrelevant to the charged offenses pursuant to Federal Rule of Evidence 402.

  5. Furthermore, evidence of the specific reasons why Ms. Hayford's prior bankruptcy petitions had been dismissed would constitute improper prior act evidence pursuant to Federal Rule of Evidence 404(b). This evidence would be unfairly prejudicial to Defendant Hayford in that it would permit the trier of fact to draw an inference that she was a person of "bad character" based on her inability to successfully conclude her prior bankruptcy petitions. Such a conclusion by the trier of fact would likely result in the assumption that the "bad character" evidenced by Ms. Hayford's inability to conclude prior bankruptcy proceedings was consistent with the "bad character" of a person who would make fraudulent misrepresentations in a bankruptcy petition. Any probative value of the specific reasons for the dismissals of Ms. Hayford's prior bankruptcy petitions is substantially outweighed by the danger of unfair prejudice to the defendant. See Federal Rule of Evidence 403.

**WHEREFORE,** Defendant Sheila Hayford respectfully requests that this Honorable Court grant Defendant's Motion in Limine and exclude from evidence at trial any evidence regarding the specific reasons why Defendant Hayford's first six bankruptcy petitions were dismissed.

                                                      Respectfully submitted,

                                                      /s/ John S. Malik
                                                      JOHN S. MALIK
                                                      100 East 14th Street
                                                      Wilmington, Delaware 19801
                                                      302-427-2247
                                                      Attorney for Defendant,
                                                       Sheila Hayford

Dated:  April 18, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-108-JJF |
| SHEILA HAYFORD, | : | |
| Defendant. | : | |

### ORDER

**AND NOW, TO WIT,** this _____ day of April, A.D., 2007, Defendant Sheila Hayford's Motion in Limine having been duly heard and considered,

**IT IS SO ORDERED:**

That Defendant Hayford's Motion in Limine is hereby granted and any evidence regarding the specific reasons why Defendant Hayford's first six bankruptcy petitions were dismissed is hereby excluded from evidence at trial.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-108-JJF |
| SHEILA HAYFORD, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, John S. Malik, attorney for Defendant Sheila Hayford do hereby certify that on this 19th day of April, A.D., 2007, I have had the attached Motion in Limine electronically served upon the individual listed below at the following address:

>Shannon T. Hanson, Esquire
>Assistant United States Attorney
>United States Attorney's Office
>Nemours Building
>1007 Orange Street, Suite 700
>Wilmington, Delaware 19801

>/s/ John S. Malik
>JOHN S. MALIK
>100 East 14th Street
>Wilmington, Delaware 19801
>(302) 427-2247
>Attorney for Defendant,
> Sheila Hayford