IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-108-JJF |
| SHEILA HAYFORD, | : | |
| Defendant. | : | |

**DEFENDANT HAYFORD'S MOTION FOR TRIAL CONTINUANCE**

    **COME NOW,** the Defendant Sheila Hayford, by and through her attorney, John S. Malik, and respectfully requests that this Honorable Court grant Defendant's Motion for Trial Continuance based upon the following grounds:

    1.    Trial is scheduled to commence in the subject criminal action on Monday, April 23, 2007.

    2.    On or about April 18, 2007, Defendant Hayford filed a Motion in Limine. Counsel for Defendant Hayford and counsel for the government have discussed Defendant's Motion in Limine in effort to resolve the same without intervention of this Honorable Court. However, despite the good faith efforts of the parties, it is apparent that it will be necessary for the Court to decide Defendant's Motion in Limine.

    3.    Given the nature of Defendant's Motion in Limine, the parties believe that briefing on the motion would facilitate the Court's decision of said motion.

    4.    Defendant Hayford seeks a continuance of the April 23, 2007 trial date in order to fully brief Defendant's Motion in Limine.

5.     Counsel for the government had represented to defense counsel that the government does not oppose a trial continuance to permit full briefing on Defendant's Motion in Limine.

6.     Defendant Hayford agrees that any time between the granting of Defendant's Motion for Trial Continuance and any new trial date scheduled be excluded under the Speedy Trial Act since this continuance request is being made by and for the benefit of Defendant Hayford and in the interests of justice.

**WHEREFORE,** Defendant Sheila Hayford respectfully requests that trial in the subject criminal action presently scheduled to commence on Monday, April 23, 2007 be continued in the interests of justice in order to permit Defendant Hayford to fully present and brief Defendant's Motion in Limine; and, that all time between the date of this Order and the new trial date to be scheduled be excluded under the Speedy Trial Act.

Respectfully submitted,

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
302-427-2247
Attorney for Defendant,
 Sheila Hayford

Dated:  April 18, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-108-JJF |
| SHEILA HAYFORD, | : | |
| Defendant. | : | |

### ORDER

**AND NOW, TO WIT,** this _____ day of April, A.D., 2007, Defendant Sheila Hayford's Motion for Trial Continuance having been duly heard and considered,

**IT IS SO ORDERED:**

That trial in the subject criminal action presently scheduled to commence on Monday, April 23, 2007 is hereby continued as requested by Defendant Sheila Hayford in Defendant's Motion for Trial Continuance in the interests of justice in order to permit Defendant Hayford to fully present and brief Defendant's Motion in Limine; and,

That all time between the date of this Order and the new trial date to be scheduled is hereby excluded under the Speedy Trial Act.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-108-JJF |
| SHEILA HAYFORD, | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, John S. Malik, attorney for Defendant Sheila Hayford do hereby certify that on this 19th day of April, A.D., 2007, I have had the attached Motion for Trial Continuance electronically served upon the individual listed below at the following address:

Shannon T. Hanson, Esquire
Assistant United States Attorney
United States Attorney's Office
Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247
Attorney for Defendant,
Sheila Hayford