IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-108-JJF |
| SHEILA HAYFORD, | : | |
| Defendant. | : | |

### ORDER

**AND NOW, TO WIT,** this __19__ day of April, A.D., 2007, Defendant Sheila Hayford's Motion for Trial Continuance having been duly heard and considered,

**IT IS SO ORDERED:**

That trial in the subject criminal action presently scheduled to commence on Monday, April 23, 2007 is hereby continued as requested by Defendant Sheila Hayford in Defendant's Motion for Trial Continuance in the interests of justice in order to permit Defendant Hayford to fully present and brief Defendant's Motion in Limine; and,

That all time between the date of this Order and the new trial date to be scheduled is hereby excluded under the Speedy Trial Act.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.



FILED
APR 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE