IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff | : | |
| v. | : | Cr. A. No. 06-108-JJF |
| | : | |
| SHEILA MARGARET HAYFORD, | : | REDACTED |
| | : | |
| Defendant. | : | |

### SUPERSEDING INDICTMENT

The Grand Jury for the District of Delaware charges that:

### INTRODUCTION

1.  At all times material to this Superseding Indictment, Travelers Bank and Trust, FSB/Citicorp Trust Bank, FSB (hereinafter sometimes "Travelers/Citicorp") was a federally insured financial institution in the business, *inter alia*, of lending money to individuals for the purchase of real property.

2.  On or about November 29, 2000, Sheila Margaret Hayford ("HAYFORD"), defendant herein, executed a Note in favor of Travelers Bank and Trust, FSB, in the principal amount of approximately $303,964.55, as well as an accompanying Mortgage for certain residential real property (the "Real Property") in Dover, Delaware which secured that Note. In addition to the Note's requirement that the defendant make monthly mortgage payments in the amount of approximately $2,446.03, the Mortgage created a lien upon the Real Property, which was recorded in the Office of the Recorder of Deeds in and for Kent County, Delaware.

3.  In or about August 2001, defendant HAYFORD defaulted on her obligations under the Note by failing to make mortgage payments. Thereafter, in or about February 2002,

MAY 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Travelers Bank and Trust, FSB initiated a mortgage foreclosure action against defendant HAYFORD captioned Travelers Bank and Trust, FSB v. Sheila Hayford, Case No. 02L-02-012 (WLW), in the Superior Court of Delaware in and for Kent County.

4. On seven occasions between in or about May 2002 and in or about September 2006, Travelers/Citicorp filed a request with the Superior Court of Delaware in and for Kent County in Travelers Bank and Trust, FSB v. Sheila Hayford, Case No. 02L-02-012 (WLW) seeking a court order to the Kent County sheriff instructing him to advertise and schedule sale of the Real Property. The Real Property was finally sold on or about September 7, 2006.

5. Between on or about June 11, 2001 and on or about February 20, 2004, defendant HAYFORD, represented by counsel, filed and prosecuted two bankruptcy cases, (the "Counsel Petitions"), In re Sheila Margaret Hayford, Case No. 01-59249-JFS, filed in the United States Bankruptcy Court for the District of Maryland, Baltimore Division and In re Sheila Margaret Hayford, Case No. 03-11099-JKF, filed in the United States Bankruptcy Court for the District of Delaware. The second of the Counsel Petitions was dismissed by the Bankruptcy Court on or around February 20, 2004.

6. From in or about February 2004 through in or about September 2006, in the State and District of Delaware, defendant HAYFORD devised a scheme and artifice to defraud Travelers/Citicorp, the holder of the Mortgage on the Real Property, of its right and interest in the Real Property securing the Mortgage.

7. As part of the scheme and artifice to defraud, defendant HAYFORD filed a series of five bankruptcy petitions in the United States Bankruptcy Court for the District of Delaware in order to invoke an automatic stay in debt collection actions against her, including the mortgage

foreclosure action on the Real Property, captioned <u>Travelers Bank and Trust, FSB v. Sheila Hayford</u>, in the Superior Court of Delaware in and for Kent County, Case No. 02L-02-012 (WLW) and thereby to delay and defeat the scheduled sheriff sales of the Real Property. Travelers/Citicorp was listed and caused to be listed as a creditor in each of those bankruptcies in light of its Mortgage on the Real Property. It was further part of the scheme and artifice to defraud that defendant HAYFORD misrepresented the existence of prior bankruptcy cases on each subsequent bankruptcy petition.

8. It was further part of the scheme and artifice to defraud that defendant HAYFORD would not prosecute a bankruptcy case to discharge; instead, upon dismissal of a bankruptcy case in due course, she would file the next petition to trigger the automatic stay and to prevent and/or delay sale of the Real Property.

**Case No. 01-59249-JFS (D. Md.)**

9. On or about June 11, 2001, defendant filed and caused to be filed in the United States Bankruptcy Court for the District of Maryland, Baltimore Division a Chapter 13 bankruptcy petition in the proceeding entitled <u>In re Sheila Margaret Hayford</u>, Case No. 01-59249-JFS. Travelers Bank & Trust, FSB was listed and caused to be listed by defendant HAYFORD as a creditor.

10. On or about January 7, 2002, the United States Bankruptcy Court for the District of Maryland, Baltimore Division issued an order dismissing Case No. 01-59249-JFS for failure to confirm a plan. An order discharging the trustee in Case No. 01-59249-JFS was entered on or about November 13, 2002.

## Case No. 03-11099-JKF

11. On or about April 8, 2003, in New Castle County, within the District of Delaware, defendant HAYFORD filed and caused to be filed in the United States Bankruptcy Court for the District of Delaware a Chapter 13 bankruptcy petition in the proceeding entitled In re Sheila Margaret Hayford, Case No. 03-11099-JKF. Travelers Citicorp Trust was listed and caused to be listed by defendant HAYFORD as a creditor.

12. On or about July 28, 2003, defendant HAYFORD's Chapter 13 plan was confirmed by order of the United States Bankruptcy Court for the District of Delaware. On or about February 20, 2004, the United States Bankruptcy Court for the District of Delaware issued an order dismissing Case No. 03-11099-JKF for defendant HAYFORD's failure to make payments consistent with the confirmed Chapter 13 bankruptcy plan, which dismissal was not objected to by defendant HAYFORD.

## Case No. 04-11552-MFW

13. A sheriff's sale of the Real Property was scheduled for on or about June 3, 2004. On or about May 24, 2004, in New Castle County, within the District of Delaware, defendant HAYFORD filed and caused to be filed in the United States Bankruptcy Court for the District of Delaware a Chapter 7 bankruptcy petition in the proceeding entitled In re Sheila Margaret Hayford, Case No. 04-11552-MFW. Travellers (sic) Bank/Citicorp Trust Bank was listed and caused to be listed by defendant HAYFORD as a creditor.

14. On or about May 24, 2004, in the petition in the case entitled In re Sheila Margaret Hayford, Case No. 04-11552-MFW, defendant HAYFORD stated and caused to be stated that she had filed only one bankruptcy case within the last six years, specifically In re

Sheila Margaret Hayford, Case No. 03-11099-JKF, filed April 8, 2003, when she then and there well knew that she had filed and caused to be filed one additional bankruptcy petition within the six years immediately preceding May 24, 2004, to wit, the proceeding entitled In re Sheila Margaret Hayford, Case No. 01-59249-JFS, in the United States Bankruptcy Court for the District of Maryland, Baltimore Division.

15. On or about August 20, 2004, the United States Bankruptcy Court for the District of Delaware issued an order dismissing Case No. 04-11552-MFW, upon the trustee's motion, because defendant HAYFORD failed to appear at the first meeting of creditors.

### Case No. 04-13453-JKF

16. On or about September 14, 2004, Travelers/Citicorp requested the Superior Court of Delaware in and for Kent County to issue an order directing the sheriff to schedule sale of the Real Property. On or about December 7, 2004, in New Castle County, within the District of Delaware, defendant HAYFORD filed and caused to be filed in the United States Bankruptcy Court for the District of Delaware a Chapter 13 bankruptcy petition in the proceeding entitled In re Sheila Margaret Hayford, Case No. 04-13453-JKF. Travellers (sic) Bank/Citicorp Trust Bank was listed and caused to be listed by defendant HAYFORD as a creditor.

17. On or about December 7, 2004, in the petition in the case entitled In re Sheila Margaret Hayford, Case No. 04-13453-JKF, defendant HAYFORD stated and caused to be stated that she had filed only one bankruptcy case within the last six years, specifically In re Sheila Margaret Hayford, Case No. 03-11099-JKF, filed April 8, 2003, when she then and there well knew that she had filed and caused to be filed two additional bankruptcy petitions within the six years immediately preceding December 7, 2004, to wit, the proceeding entitled In re Sheila

Margaret Hayford, Case No. 01-59249-JFS, in the United States Bankruptcy Court for the District of Maryland, Baltimore Division and the proceeding entitled In re Sheila Margaret Hayford, Case No. 04-11552-MFW, filed on or about May 24, 2004, in the United States Bankruptcy Court for the District of Delaware.

18. On or about February 16, 2005, the United States Bankruptcy Court for the District of Delaware issued an order dismissing Case No. 04-13453-JKF, upon the trustee's certification of the defendant's non-appearance at two scheduled creditor meetings.

**Case No. 05-12878-MFW**

19. A sheriff's sale of the Real Property was scheduled for on or about October 6, 2005. On or about September 29, 2005, in New Castle County, within the District of Delaware, defendant HAYFORD filed and caused to be filed in the United States Bankruptcy Court for the District of Delaware a Chapter 7 bankruptcy petition in the proceeding entitled In re Sheila Margaret Hayford, Case No. 05-12878-MFW. Travellers (sic) Bank/Citicorp Trust Bank was listed and caused to be listed by defendant HAYFORD as a creditor.

20. On or about September 29, 2005, in the petition in the case entitled In re Sheila Margaret Hayford, Case No. 05-12878-MFW, defendant HAYFORD stated and caused to be stated that she had filed only one bankruptcy case within the last six years, specifically In re Sheila Margaret Hayford, Case No. 03-11099-JKF, filed April 8, 2003, when she then and there well knew that she had filed and caused to be filed three additional bankruptcy petitions within the six years immediately preceding September 29, 2005, to wit, the proceeding entitled In re Sheila Margaret Hayford, Case No. 01-59249-JFS, in the United States Bankruptcy Court for the District of Maryland, Baltimore Division, and the proceedings entitled In re Sheila Margaret

6

Hayford, Case No. 04-11552-MFW, filed on or about May 24, 2004, and In re Sheila Margaret Hayford, Case No. 04-13453-JKF, filed on or about December 7, 2004, both in the United States Bankruptcy Court for the District of Delaware.

21.     On or about May 8, 2006, the United States Bankruptcy Court for the District of Delaware issued an order granting defendant HAYFORD's motion to dismiss Case No. 05-12878-MFW.

### Case No. 06-10541-BLS

22.     A sheriff's sale of the Real Property was scheduled for on or about June 1, 2006. On or about May 31, 2006, in New Castle County, within the District of Delaware, defendant HAYFORD filed and caused to be filed in the United States Bankruptcy Court for the District of Delaware a Chapter 13 bankruptcy petition in the proceeding entitled In re Sheila Margaret Hayford, Case No. 06-10541-BLS. Citicorp Trust Bank was listed and caused to be listed by defendant HAYFORD as a creditor.

23.     On or about May 31, 2006, in the petition in the case entitled In re Sheila Margaret Hayford, Case No. 06-10541-BLS, defendant HAYFORD stated and caused to be stated, in response to the request that she list prior bankruptcy cases filed within last eight years, that she had filed a case in "Delaware" in "October 2005," when she then and there well knew that she had filed and caused to be filed four additional bankruptcy petitions within the eight years immediately preceding May 31, 2006, to wit, the proceeding entitled In re Sheila Margaret Hayford, Case No. 01-59249-JFS, in the United States Bankruptcy Court for the District of Maryland, Baltimore Division, and the proceedings entitled In re Sheila Margaret Hayford, Case No. 03-11099-JKF, filed on or about April 8, 2003; In re Sheila Margaret Hayford, Case No. 04-

11552-MFW, filed on or about May 24, 2004; and In re Sheila Margaret Hayford, Case No. 04-13453-JKF, filed on or about December 7, 2004, all filed in the United States Bankruptcy Court for the District of Delaware.

24.     On or about June 13, 2006, the United States Bankruptcy Court for the District of Delaware issued an order dismissing Case No. 06-10541-BLS for defendant HAYFORD's failure timely to file schedules and other necessary documentation.

### Case No. 06-10969-CSS

25.     A sheriff's sale of the Real Property was scheduled for on or about September 7, 2006. On or about September 6, 2006, in New Castle County, within the District of Delaware, defendant HAYFORD filed and caused to be filed in the United States Bankruptcy Court for the District of Delaware a Chapter 7 bankruptcy petition in the proceeding entitled In re Sheila Margaret Hayford, Case No. 06-10969-CSS. Citicorp Trust Bank was listed and caused to be listed by defendant HAYFORD as a creditor.

26.     On or about September 6, 2006, in the petition in the case entitled In re Sheila Margaret Hayford, Case No. 06-10969-CSS, defendant HAYFORD stated and caused to be stated that she had filed only one bankruptcy case within the last eight years, specifically In re Sheila Margaret Hayford, Case No. 05-12878-MFW, filed September 29, 2005, when she then and there well knew that she had filed and caused to be filed five additional bankruptcy petitions within the eight years immediately preceding September 6, 2006, to wit, the proceeding entitled In re Sheila Margaret Hayford, Case No. 01-59249-JFS, in the United States Bankruptcy Court for the District of Maryland, Baltimore Division, as well as the proceedings entitled In re Sheila Margaret Hayford, Case No. 03-11099-JKF, filed on or about April 8, 2003; In re Sheila

Margaret Hayford, Case No. 04-11552-MFW, filed on or about May 24, 2004; In re Sheila Margaret Hayford, Case No. 04-13453-JKF, filed on or about December 7, 2004; and In re Sheila Margaret Hayford, Case No. 06-10541-BLS, filed on or about May 31, 2006, all filed in the United States Bankruptcy Court for the District of Delaware.

27. On or about November 9, 2006, the United States Bankruptcy Court for the District of Delaware ordered that the Chapter 7 bankruptcy petition in the proceeding entitled In re Sheila Margaret Hayford, Case No. 06-10969-CSS, be dismissed and that the automatic stay effected by the filing of future bankruptcy petitions would not apply to the Real Property.

## COUNT 1

28. Paragraphs 1-15 are incorporated herein by reference.

29. On or about May 24, 2004, in the State and District of Delaware, defendant SHEILA MARGARET HAYFORD having devised and intending to devise a scheme and artifice to defraud and for the purpose of executing the scheme described in paragraphs 1-15 above and attempting to do so, filed and caused to be filed a petition under Title 11 of the United States Code, to wit a Chapter 7 bankruptcy petition in the case entitled In re Sheila Margaret Hayford, Case No. 04-11552-MFW, in the United States Bankruptcy Court for the District of Delaware, all in violation of Title 18, United States Code, Sections 157(1) and 2.

## COUNT 2

30. Paragraphs 1-15 are incorporated herein by reference.

31. On or about May 24, 2004, in the State and District of Delaware, in the case entitled In re Sheila Margaret Hayford, Case No. 04-11552-MFW, defendant SHEILA MARGARET HAYFORD knowingly and fraudulently made and caused to be made the

following material false declaration and statement under penalty of perjury, within the meaning of Title 28, United States Code, Section 1746, in and in relation to a case under Title 11 of the United States Code, to wit, in the petition filed in the bankruptcy case No. 04-11552-MFW, defendant HAYFORD falsely stated that she had filed only one bankruptcy case within the last six years, In re Sheila Margaret Hayford, Case No. 03-11099-JKF, filed April 8, 2003; whereas, in truth and in fact, as defendant HAYFORD then and there well knew, she had filed and caused to be filed one additional bankruptcy petition within the six years immediately preceding May 24, 2004, to wit, a proceeding entitled In re Sheila Margaret Hayford, Case No. 01-59249-JFS, filed on or about June 11, 2001, in the United States Bankruptcy Court for the District of Maryland, Baltimore Division, all in violation of Title 18, United States Code Sections 152(3) and 2.

## COUNT 3

32. Paragraphs 1-18 are incorporated herein by reference.

33. On or about December 7, 2004, in the State and District of Delaware, defendant SHEILA MARGARET HAYFORD having devised and intending to devise a scheme and artifice to defraud and for the purpose of executing the scheme described in paragraphs 1-18 above and attempting to do so, filed and caused to be filed a petition under Title 11 of the United States Code, to wit a Chapter 13 bankruptcy petition in the case entitled In re Sheila Margaret Hayford, Case No. 04-13453-JKF, in the United States Bankruptcy Court for the District of Delaware, all in violation of Title 18, United States Code, Sections 157(1) and 2.

## COUNT 4

34. Paragraphs 1-18 above are incorporated herein by reference.

35. On or about December 7, 2004, in the State and District of Delaware, in the

case entitled In re Sheila Margaret Hayford, Case No. 04-13453-JKF, defendant SHEILA MARGARET HAYFORD knowingly and fraudulently made and caused to be made the following material false declaration and statement under penalty of perjury, within the meaning of Title 28, United States Code, Section 1746, in and in relation to a case under Title 11 of the United States Code, to wit, in the petition filed in the bankruptcy case No. 04-13453-JKF, defendant HAYFORD falsely stated that she had filed only one bankruptcy case within the last six years, In re Sheila Margaret Hayford, Case No. 03-11099-JKF, filed April 8, 2003; whereas, in truth and in fact, as defendant HAYFORD then and there well knew, she had filed and caused to be filed two additional bankruptcy petitions within the six years immediately preceding December 7, 2004, to wit, the proceeding entitled In re Sheila Margaret Hayford, Case No. 01-59249-JFS, filed on or about June 11, 2001, in the United States Bankruptcy Court for the District of Maryland, Baltimore Division, and the proceeding entitled In re Sheila Margaret Hayford, Case No. 04-11552-MFW, filed on or about May 24, 2004, in the United States Bankruptcy Court for the District of Delaware, all in violation of Title 18, United States Code Sections 152(3) and 2.

## COUNT 5

36.     Paragraphs 1-21 are incorporated herein by reference.

37.     On or about September 29, 2005, in the State and District of Delaware, defendant SHEILA MARGARET HAYFORD having devised and intending to devise a scheme and artifice to defraud and for the purpose of executing the scheme described in paragraphs 1-21 above and attempting to do so, filed and caused to be filed a petition under Title 11 of the United States Code, to wit a Chapter 7 bankruptcy petition in the case entitled In re Sheila Margaret Hayford,

11

Case No. 05-12878-MFW, in the United States Bankruptcy Court for the District of Delaware, all in violation of Title 18, United States Code, Sections 157(1) and 2.

### COUNT 6

38.    Paragraphs 1-21 above are incorporated herein by reference.

39.    On or about September 29, 2005, in the State and District of Delaware, in the case entitled In re Sheila Margaret Hayford, Case No. 05-12878-MFW, defendant SHEILA MARGARET HAYFORD knowingly and fraudulently made and caused to be made the following material false declaration and statement under penalty of perjury, within the meaning of Title 28, United States Code, Section 1746, in and in relation to a case under Title 11 of the United States Code, to wit, in the petition filed in the bankruptcy case No. 05-12878-MFW, defendant HAYFORD falsely stated that she had filed only one bankruptcy case within the last six years, In re Sheila Margaret Hayford, Case No. 03-11099-JKF, filed April 8, 2003; whereas, in truth and in fact, as defendant HAYFORD then and there well knew, she had filed and caused to be filed three additional bankruptcy petitions within the six years immediately preceding September 29, 2005, to wit, the proceeding entitled In re Sheila Margaret Hayford, Case No. 01-59249-JFS, filed on or about June 11, 2001, in the United States Bankruptcy Court for the District of Maryland, Baltimore Division, and the proceedings entitled In re Sheila Margaret Hayford, Case No. 04-11552-MFW, filed on or about May 24, 2004, and In re Sheila Margaret Hayford, Case No. 04-13453-JKF, filed on or about December 7, 2004, in the United States Bankruptcy Court for the District of Delaware, all in violation of Title 18, United States Code Sections 152(3) and 2.

## COUNT 7

40. Paragraphs 1-24 are incorporated herein by reference.

41. On or about May 31, 2006, in the State and District of Delaware, defendant SHEILA MARGARET HAYFORD having devised and intending to devise a scheme and artifice to defraud and for the purpose of executing the scheme described in paragraphs 1-24 above and attempting to do so, filed and caused to be filed a petition under Title 11 of the United States Code, to wit a Chapter 13 bankruptcy petition in the case entitled In re Sheila Margaret Hayford, Case No. 06-10541-BLS, in the United States Bankruptcy Court for the District of Delaware, all in violation of Title 18, United States Code, Sections 157(1) and 2.

## COUNT 8

42. Paragraphs 1-24 above are incorporated herein by reference.

43. On or about May 31, 2006, in the State and District of Delaware, in the case entitled In re Sheila Margaret Hayford, Case No. 06-10541-BLS, defendant SHEILA MARGARET HAYFORD knowingly and fraudulently made and caused to be made the following material false declaration and statement under penalty of perjury, within the meaning of Title 28, United States Code, Section 1746, in and in relation to a case under Title 11 of the United States Code, to wit, in the petition filed in the bankruptcy case No. 06-10541-BLS, defendant HAYFORD falsely stated, in response to the request that she list prior bankruptcy cases filed within the last eight years, that she had filed a case in "Delaware" in "October 2005;" whereas, in truth and in fact, as defendant HAYFORD then and there well knew, she had filed and caused to be filed four additional bankruptcy petitions within the eight years immediately preceding May 31, 2006, to wit, the proceeding entitled In re Sheila Margaret Hayford, Case No.

01-59249-JFS, filed on or about June 11, 2001, in the United States Bankruptcy Court for the District of Maryland, Baltimore Division, and the proceedings entitled <u>In re Sheila Margaret Hayford</u>, Case No. 03-11099-JKF, filed on or about April 8, 2003; <u>In re Sheila Margaret Hayford</u>, Case No. 04-11552-MFW, filed on or about May 24, 2004; and <u>In re Sheila Margaret Hayford</u>, Case No. 04-13453-JKF, filed on or about December 7, 2004, all in the United States Bankruptcy Court for the District of Delaware, all in violation of Title 18, United States Code Sections 152(3) and 2.

## COUNT 9

44. Paragraphs 1-27 are incorporated herein by reference.

45. On or about September 6, 2006, in the State and District of Delaware, defendant SHEILA MARGARET HAYFORD having devised and intending to devise a scheme and artifice to defraud and for the purpose of executing the scheme described in paragraphs 1-27 above and attempting to do so, filed and caused to be filed a petition under Title 11 of the United States Code, to wit a Chapter 7 bankruptcy petition in the case entitled <u>In re Sheila Margaret Hayford</u>, Case No. 06-10969-CSS, in the United States Bankruptcy Court for the District of Delaware, all in violation of Title 18, United States Code, Sections 157(1) and 2.

## COUNT 10

46. Paragraphs 1-27 above are incorporated herein by reference.

47. On or about September 6, 2006, in the State and District of Delaware, in the case entitled <u>In re Sheila Margaret Hayford</u>, Case No. 06-10969-CSS, defendant SHEILA MARGARET HAYFORD knowingly and fraudulently made and caused to be made the following material false declaration and statement under penalty of perjury, within the meaning

of Title 28, United States Code, Section 1746, in and in relation to a case under Title 11 of the United States Code, to wit, in the petition filed in the bankruptcy case No. 06-10969-CSS, defendant HAYFORD falsely stated and caused to be stated that she had filed only one bankruptcy case within the last eight years, specifically In re Sheila Margaret Hayford, Case No. 05-12878-MFW, filed September 29, 2005; whereas, in truth and in fact, as defendant HAYFORD then and there well knew, she had filed and caused to be filed five additional bankruptcy petitions within the eight years immediately preceding September 6, 2006, to wit, the proceeding entitled In re Sheila Margaret Hayford, Case No. 01-59249-JFS, filed on or about June 11, 2001, in the United States Bankruptcy Court for the District of Maryland, Baltimore Division, and the proceedings entitled In re Sheila Margaret Hayford, Case No. 03-11099-JKF, filed on or about April 8, 2003; In re Sheila Margaret Hayford, Case No. 04-11552-MFW, filed on or about May 24, 2004; In re Sheila Margaret Hayford, Case No. 04-13453-JKF, filed on or about December 7, 2004; and In re Sheila Margaret Hayford, Case No. 06-10541-BLS, filed on or about May 31, 2006, all in the United States Bankruptcy Court for the District of Delaware, all in violation of Title 18, United States Code Sections 152(3) and 2.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: May 1, 2007