```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE
```

UNITED STATES OF AMERICA,           :
                                    :
        Plaintiff,              :
                                    :
    v.                              :   Criminal Action No. 06-108 JJF
                                    :
SHEILA MARGARET HAYFORD,            :
                                    :
        Defendant.              :

## O R D E R

WHEREAS, on July 25, 2007, a Scheduling Conference was held;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Trial will commence on **Monday, October 1, 2007 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The parties shall submit to the Court Jointly Proposed Jury Instructions, along with a copy on disc in WordPerfect format, no later than **8:00 a.m. on Monday, October 1, 2007**.

3) Any Proposed Special Voir Dire Questions shall be filed by **Friday, September 28, 2007.**

4) Motions in limine shall be filed so as to be completed briefing by no later than **Wednesday, September 19, 2007.**

      5) The time between July 25, 2007 and October 1, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 *et seq.*).

_August 15, 2007_
DATE

_____
UNITED STATES DISTRICT JUDGE