IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-108-JJF |
| ) | |
| SHEILA MARGARET HAYFORD, ) | |
| ) | |
| Defendant. ) | |

### JOINT REQUEST FOR SPECIAL VOIR DIRE

NOW COMES the United States of America, by and through its undersigned attorneys, and John S. Malik, Esq., counsel for defendant Sheila Margaret Hayford, and they hereby request that the Court submit the following questions to the jury panel in the above-captioned case.

1. Are you related to, or personally acquainted with, the defendant, Sheila Margaret Hayford?

2. Are you related to, or personally acquainted with, John S. Malik, Esq., defendant's counsel?

3. Are you related to, or personally acquainted with, Assistant United States Attorney Shannon Hanson, or with any other employee of the United States Attorney's Office for the District of Delaware?

4. Do you have any personal knowledge of this case, or have you read about it or heard it discussed, or have an opinion regarding it?

5. Do you know (witness list to be supplied)?

6. This case involves charges against the defendant, Sheila Margaret Hayford, alleging that she committed the crime of making a false declaration under penalty of perjury in connection with a bankruptcy proceeding in violation of 18 U.S.C. § 152(3). Specifically, the defendant is charged with knowingly and fraudulently making a false statement on five separate bankruptcy petitions which were filed in the U.S. Bankruptcy Court here in Wilmington, Delaware between May 2004 and September 2006. The defendant is also charged with bankruptcy fraud in connection with those same five bankruptcy petitions. Ms. Hayford denies the government's allegations. Is there anything about the nature of the charges that would prevent you from being an impartial juror?

7. Have you or any member of your immediate family had any dealings, including being employed by, investigated by, or other association, with the Federal Bureau of Investigation, the Office of the United States Trustee or other police or law enforcement agency or the Bankruptcy Court or other participants in the bankruptcy system?

8. Would the fact that the FBI, the Office of the U.S. Trustee or other participant in the bankruptcy system was involved in the investigation or some other aspect of this case interfere with your ability to be fair and impartial?

9. Have any of you or your close friends or any member of your immediate family ever worked for a credit card company, bank, mortgage company, lending or finance company, or any other financial services company?

10. Have you or any member of your immediate family had any dealings with, including being employed by or having a home mortgage with, Citicorp Trust Bank, FSB, formerly known as Travelers Bank & Trust, FSB? Would the fact that Citicorp was involved in some aspect of this case interfere with your ability to be fair and impartial?

11. Have you or any member of your immediate family been a party to a mortgage foreclosure action?

12. Have you previously served on a jury for a criminal case in either state or federal court?

13. Have you or any member of your immediate family ever been arrested for anything other than a minor traffic offense?

14. Have you ever testified in a criminal case?

15. Do any of you believe that simply because Sheila Hayford was arrested and indicted that she is guilty of some or all of the charged offenses?

16. If you are selected to sit on this case, will you be able to render a verdict solely on the evidence presented at the trial and in the context of the law as I will give it to you in my instructions, disregarding any other ideas, notions, or beliefs about the law you may have or that you may have encountered in reaching your verdict?

17. Is there any member of the panel who has any special disability or problem that would make serving as a member of the jury difficult or impossible?

18. Is there any other matter that you believe should be called to the Court's attention that would have some bearing on your qualifications or ability to sit as a juror or to render a fair and impartial verdict in this matter?

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

BY: _____
      Shannon Thee Hanson
      Assistant United States Attorney
      1007 N. Orange Street, Suite 700
      Wilmington, Delaware 19801
      (302) 573-6277 x128

Dated: September 28, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-108-JJF |
| ) | |
| SHEILA MARGARET HAYFORD, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I, Shannon T. Hanson, hereby certify that on the 28th day of September, 2007, I caused to be electronically filed:

### JOINT REQUEST FOR SPECIAL VOIR DIRE

with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF and will be electronically transmitted to the following:

John S. Malik, Esq.
100 East 14th Street
Wilmington, DE 19801
Counsel for Defendant Sheila M. Hayford

_____
Shannon Thee Hanson