IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

*Filed in Open Court this 3rd day of October 2007*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-108-JJF |
| ) | |
| SHEILA MARGARET HAYFORD, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

1.  As to Count One, charging the Defendant with Bankruptcy Fraud (Scheme and Artifice to Defraud) with respect to the Chapter 7 bankruptcy petition in the case entitled In re Sheila Margaret Hayford, Case No. 04-11552-MFW, we the jury find the Defendant

    __✓__ Guilty        _____ Not Guilty.

2.  As to Count Two, charging the Defendant with Bankruptcy Fraud - False Statement Under Penalty of Perjury in the case entitled In re Sheila Margaret Hayford, Case No. 04-11552-MFW, we the jury find the Defendant

    __✓__ Guilty        _____ Not Guilty.

3.  As to Count Three, charging the Defendant with Bankruptcy Fraud (Scheme and Artifice to Defraud) in the case entitled In re Sheila Margaret Hayford, Case No. 04-13453-JKF, we the jury find the Defendant

    __✓__ Guilty        _____ Not Guilty.

4. As to Count Four, charging the Defendant with Bankruptcy Fraud - False Statement Under Penalty of Perjury in the case entitled In re Sheila Margaret Hayford, Case No. 04-13453-JKF, we the jury find the Defendant

   ✓  Guilty                  _____ Not Guilty.

5. As to Count Five, charging the Defendant with Bankruptcy Fraud (Scheme and Artifice to Defraud) in the case entitled In re Sheila Margaret Hayford, Case No. 05-12878-MFW, we the jury find the Defendant

   ✓  Guilty                  _____ Not Guilty.

6. As to Count Six, charging the Defendant with Bankruptcy Fraud - False Statement Under Penalty of Perjury in the case entitled In re Sheila Margaret Hayford, Case No. 05-12878-MFW, we the jury find the Defendant

   ✓  Guilty                  _____ Not Guilty.

7. As to Count Seven, charging the Defendant with Bankruptcy Fraud (Scheme and Artifice to Defraud) in the case entitled In re Sheila Margaret Hayford, Case No. 06-10541-BLS, we the jury find the Defendant

   ✓  Guilty                  _____ Not Guilty.

8. As to Count Eight, charging the Defendant with Bankruptcy Fraud - False Statement Under Penalty of Perjury in the case entitled In re Sheila Margaret Hayford, Case No. 06-10541-BLS, we the jury find the Defendant

   ✓  Guilty                  _____ Not Guilty.

9.  As to Count Nine, charging the Defendant with Bankruptcy Fraud (Scheme and Artifice to Defraud) in the case entitled <u>In re Sheila Margaret Hayford</u>, Case No. 06-10969-CSS, we the jury find the Defendant

__✓__ Guilty  _____ Not Guilty.

10. As to Count Ten, charging the Defendant with Bankruptcy Fraud - False Statement Under Penalty of Perjury in the case entitled <u>In re Sheila Margaret Hayford</u>, Case No. 06-10969-CSS, we the jury find the Defendant

__✓__ Guilty  _____ Not Guilty.

REDACTED



Dated: October __3__, 2007.