# UNITED STATES DISTRICT COURT

DISTRICT OF **Delaware**

**U.S.A.**

v. **Hayford**

## EXHIBIT AND WITNESS LIST

Case Number: **06-108**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan | Shannon Hanson, Esq | John S. Malik, Esq |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10·1·2007, 10·2·2007 | Heather Triozzi / Dale Hawkins | Emily |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | Oct 1 | | | Joseph McMahon |
| see list | | Oct 1 | | ✓ n/obj | GExhs.1, 1A, 2, 2A, 3, 3A, 4, 4A, 5, 5A, 6, 6A, |
| | | Oct 1 | | | 7, 7A, 8, 8A, 9, 10, 11, 18, 19, 14, 15 |
| W2 | | Oct 1 | | | Deborah Coalmier |
| W3 | | Oct 2 | | | Janet Charlton |
| | W1 | Oct 2 | | | Shiela Hayford |
| | D1 | Oct 2 | ✓ | ✓ n/obj | Defense exhibits re: Notice of Petition Deficiencies relating to the Hayford Bankruptcies |
| | D2 | Oct 2 | ✓ | ✓ n/obj | Proof of Claims for Bankruptcy Filings (3/5 pro se bankruptcies) |
| | D3 | Oct 2 | ✓ | ✓ n/obj | Real Estate Contract for Sale – 17 Pennwood Drive |
| | D4 | Oct 2 | ✓ | ✓ n/obj | Photocopy of 11/14/06 letter to Mr. Funk re: settlement date for sale |
| G16 | | Oct 3 | ✓ | ✓ | ~~Exh. 16~~ Motion for Relief from Automatic Stay by S Hayford (operation of) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA, | ) |  |
| --- | --- | --- |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Criminal Action No. 06-108-JJF |
|  | ) |  |
| SHEILA M. HAYFORD, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**GOVERNMENT'S EXHIBIT LIST**

11:32 Oct 1, 2007 - all admitted except struck

| EXHIBIT NUMBER | DESCRIPT. | INTRO | ADMIT |
| --- | --- | --- | --- |
| 1 | June 11, 2001 Bankruptcy Petition (01-59249-JFS - D. Md.) |  | 10/1 |
| 1A | Docket Sheet for June 11, 2001 Bankruptcy Petition (01-59249-JFS - D. Md.) |  | 10/1 |
| 2 | April 8, 2003 Bankruptcy Petition (03-11099-JKF) |  | 10/1 |
| 2A | Docket Sheet for April 8, 2003 Bankruptcy Petition (03-11099-JKF) |  | 10/1 |
| 3 | May 24, 2004 Bankruptcy Petition (04-11552-MFW) |  | 10/1 |
| 3A | Docket Sheet for May 24, 2004 Bankruptcy Petition (04-11552-MFW) |  | 10/1 |
| 4 | December 7, 2004 Bankruptcy Petition (04-13453-JKF) |  | 10/1 |
| 4A | Docket Sheet for December 7, 2004 Bankruptcy Petition (04-13453-JKF) |  | 10/1 |
| 5 | September 5, 2005 Bankruptcy Petition (05-12878-MFW) |  | 10/1 |

Exhibit List for United States v. Sheila Margaret Hayford - 06-108-JJF

| | | | |
|---|---|---|---|
| 5A | Docket Sheet for September 5, 2005 Bankruptcy Petition (05-12878-MFW) | | 10/1 |
| 6 | May 31, 2006 Bankruptcy Petition (06-10541-BLS) | | 10/1 |
| 6A | Docket Sheet for May 31, 2006 Bankruptcy Petition (06-10541-BLS) | | 10/1 |
| 7 | September 6, 2006 Bankruptcy Petition (06-10969-CSS) | | 10/1 |
| 7A | Docket Sheet for September 6, 2006 Bankruptcy Petition (06-10969-CSS) | | 10/1 |
| 8 | Mortgage for 17 Pennwood Drive | | 10/1 |
| 8A | Note for 17 Pennwood Drive | | 10/1 |
| 9 | Chart re Chapter 7 Bankruptcy | | 10/1 |
| 10 | Chart re Chapter 13 Bankruptcy | | 10/1 |
| 11 | Bankruptcy Chronology Chart | | 10/1 |
| ~~12~~ | ~~Photograph of 17 Pennwood Drive~~ | | |
| ~~13~~ | ~~Photograph of 17 Pennwood Drive~~ | | |
| 14 | Certified Docket Sheet - Travelers Bank & Trust v. Sheila Hayford 02L-02-012 (Superior Court - Kent County) | | 10/1 |
| 15 | Certified Direction for Entry of Default (re above) | | 10/1 |
| ~~16~~ | ~~Notice for 5/2004~~ | | |
| ~~17~~ | ~~Notice for 9/2005~~ | | |
| 18 | Notice for 5/2006 | | 10/1 |
| 19 | Notice for 9/2006 | | 10/1 |

16   Obj to Motion for Relief filed 2/9/2006   10/3 admitted

2

**Exhibit List for United States v. Sheila Margaret Hayford - 06-108-JJF**

| | | | |
|---|---|---|---|
| 20 | ~~Docket in Hayford v. Travelers Bank/Trust (04-cv-00816)~~ | | ~~~~ |
| 21 | ~~Document from Board of Medical Examiners~~ | | ~~~~ |

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Shannon Thee Hanson
Shannon Thee Hanson
Assistant United States Attorney
1007 N. Orange Street, Suite 700
Wilmington, Delaware 19899
(302) 573-6277 x128
