IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06cr108 JJF |
| SHEILA MARGARET HAYFORD, | : | |
| Defendant. | : | |

**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware be and he is hereby directed to furnish lunch for 14 jurors in the above entitled case on October 1, 2007 and October 3, 2007.

October 3, 2007
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE