IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-108 JJF |
| SHEILA MARGARET HAYFORD, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, Defendant was found guilty by a jury and a verdict was filed in open court on October 3, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Friday, January 25, 2008, at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

November 7, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
NOV 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE