# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| **Plaintiff** | : | |
| v. | : | **Cr. A. No. 06-108-JJF** |
| | : | |
| SHEILA MARGARET HAYFORD, | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney, and hereby moves this Court for an Order continuing the Sentencing Hearing in this case for a period of sixty (60) days.

In support of this motion, the government avers as follows:

1.    On October 3, 2007, defendant Sheila Margaret Hayford ("Hayford") was convicted by a jury on all ten counts of the Superseding Indictment returned against her, charging her with five counts of bankruptcy fraud, in violation of 18 U.S.C. Section 157, and five counts of knowingly and fraudulently making false statements in connection with a bankruptcy, in violation of 18 U.S.C. Section 152(3). Docket Items ("D.I.") 18, 26. The Court has scheduled sentencing in this case for January 25, 2008, at 11:00 a.m. D.I. 32.

2.    The defendant was convicted of abusing the bankruptcy system to defraud Travelers Bank and Trust, FSB/Citicorp Trust Bank, FSB ("Travelers/Citicorp"), the holder of an approximately $300,000 Note and Mortgage on certain residential real property in Dover, Delaware ("the Real Property"). Hayford defrauded Travelers/Citicorp of its right and interest in the Real

Property securing the Mortgage by filing false and fraudulent bankruptcy petitions which she did not see through to discharge but which delayed scheduled foreclosure sales of the Real Property. *See, e.g.,* D.I. 18 at ¶¶ 2, 6-8.

3.    After the trial in this case, on or about November 1, 2007, Travelers/Citicorp executed on its writ of possession, evicted the defendant, and took possession of the Real Property. At the present time, the Real Property is on the market for a sales price of approximately $435,000.

4.    Because the defendant was convicted of violations of 18 U.S.C. Sections 152(3) and 157, United States Sentencing Guideline ("U.S.S.G.") Section 2B1.1 applies to her conduct. *See* November 1, 2007, U.S.S.G. at Appendix A. The defendant's advisory guideline range under Section 2B1.1 is determined, in large measure, by the greater of the intended or actual loss caused to the victim, here Travelers/Citicorp, as a result of her conduct. *See, e.g.,* U.S.S.G. Section 2B1.1(b)(1) and App. Note 3. In the present case, the defendant is entitled to "credit" against the otherwise applicable guideline loss calculation for "the amount [Travelers/Citicorp] has recovered at the time of sentencing from disposition of the collateral," here the Real Property, securing Travelers/Citicorp's Mortgage. *See* U.S.S.G. Section 2B1.1 Appl. Note 3(E)(ii).

5.    Until the Real Property is sold, credits against Travelers/Citicorp's loss "from the disposition of the collateral" securing the Note and Mortgage at issue cannot be determined.

6.    Therefore, the government requests that this Court postpone the sentencing hearing in this case for a period of sixty (60) days. If, after sixty days, the Real Property has been sold, then the sentencing hearing may be scheduled. If the Real Property has not been sold by that time, the parties will inform the Court as to the status of the sales process for the Real Property and determine whether and to what extent sentencing need additionally be continued.

2

7.    Government counsel has informed the assigned Probation Officer and the defense attorney of this request, and they do not object to this continuance.

**WHEREFORE**, the government respectfully requests that this Court issue an Order continuing the Sentencing Hearing for a period of sixty (60) days.  A proposed Order is attached.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney
U.S. Attorney's Office
    for the District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801
(302) 573-6277 x128

Dated: December 13, 2007

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| **Plaintiff** | : | |
| v. | : | Cr. A. No. 06-108-JJF |
| | : | |
| SHEILA MARGARET HAYFORD, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Having considered the Government's Unopposed Motion To Continue Sentencing and for the reasons set forth therein,

IT IS HEREBY ORDERED this_____ day of _____, 2007 that the sentencing hearing in the above-captioned case, currently scheduled for January 25, 2008, is CANCELLED.

The sentencing hearing in this matter is continued until _____, 2008 at _____.


_____
Joseph J. Farnan, Jr.
United States District Court
District of Delaware

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                  :
                                           :
            Plaintiff,      :
                                           :
        v.                  :        Case No.  06-108-JJF
                                           :
SHEILA MARGARET HAYFORD,                    :
                                           :
           Defendant.       :

## CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District

of Delaware, hereby certify that on the 13th day of December, 2007, I caused to be filed

Government's Unopposed Motion to Continue Sentencing with the Clerk of Court.  I further

certify that a copy of the foregoing was mailed via First Class Mail to counsel of record as

follows:

        John S. Malik, Esquire
        John S. Malik, Attorney at Law
        100 East 14th Street
        Wilmington, DE 19801

        Marie Steel
        Legal Assistant