IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff | : | |
| v. | : | Cr. A. No. 06-108-JJF |
| | : | |
| SHEILA MARGARET HAYFORD, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Having considered the Government's Unopposed Motion To Continue Sentencing and for the reasons set forth therein,

IT IS HEREBY ORDERED this __H__ day of __December__, 2007 that the sentencing hearing in the above-captioned case, currently scheduled for January 25, 2008, is CANCELLED.

The sentencing hearing in this matter is continued until __TBD__, 2008 at ____.

Joseph J. Farnan, Jr.
United States District Court
District of Delaware