IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
v. : Criminal Action No. 06-108 JJF
:
SHEILA MARGARET HAYFORD, :
:
    Defendant. :

<u>O R D E R</u>

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, April 3, 20008, at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

January 22, 2008
DATE

UNITED STATES DISTRICT JUDGE



FILED
JAN 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE