IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Cr. A. No. 06-108-JJF |
| SHEILA MARGARET HAYFORD, | : | |
| Defendant. | : | |

### JOINT MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney, and John S. Malik, Esq., counsel for defendant Sheila Margaret Hayford, and hereby moves this Court for an Order continuing the Sentencing Hearing in this case for a period of thirty (30) days.

In support of this motion, the government avers as follows:

1. On October 3, 2007, defendant Sheila Margaret Hayford ("Hayford") was convicted by a jury on all ten counts of the Superseding Indictment returned against her, charging her with five counts of bankruptcy fraud, in violation of 18 U.S.C. §157, and five counts of knowingly and fraudulently making false statements in connection with a bankruptcy, in violation of 18 U.S.C. § 152(3). Docket Items ("D.I.") 18, 26. The Court originally scheduled sentencing in this case for January 25, 2008, at 11:00 a.m. D.I. 32. Sentencing was postponed until April 3, 2008, at 11:00 a.m. at the government's unopposed request. D.I. 33, 34, 35.

2. The defendant was convicted of abusing the bankruptcy system to defraud Travelers Bank and Trust, FSB/Citicorp Trust Bank, FSB ("Travelers/Citicorp"), the holder of an

approximately $300,000 Note and Mortgage on certain residential real property in Dover, Delaware ("the Real Property"). Hayford defrauded Travelers/Citicorp of its right and interest in the Real Property securing the Mortgage by filing false and fraudulent bankruptcy petitions which she did not see through to discharge but which delayed scheduled foreclosure sales of the Real Property. *See, e.g.,* D.I. 18 at ¶¶ 2, 6-8.

3. After the trial in this case, on or about November 1, 2007, Travelers/Citicorp executed on its writ of possession, evicted the defendant, and took possession of the Real Property. In late February 2008, the Real Property was sold in an all-cash deal for $401,000.

4. Because the defendant was convicted of violations of 18 U.S.C. §§ 152(3) and 157, United States Sentencing Guideline ("U.S.S.G.") Section 2B1.1 applies to her conduct. *See* November 1, 2007, U.S.S.G. at Appendix A. The defendant's advisory guideline range under Section 2B1.1 is determined, in large measure, by the greater of the intended or actual loss caused to the victim, here Travelers/Citicorp, as a result of her conduct. *See, e.g.,* U.S.S.G. § 2B1.1(b)(1) and App. Note 3. In the present case, the defendant is entitled to "credit" against the otherwise applicable guideline loss calculation for "the amount [Travelers/Citicorp] has recovered at the time of sentencing from disposition of the collateral," here the Real Property, securing Travelers/Citicorp's Mortgage. *See* U.S.S.G. § 2B1.1 Appl. Note 3(E)(ii).

5. Now that the Real Property has been sold, credits against Travelers/Citicorp's loss "from the disposition of the collateral" securing the Note and Mortgage at issue can be determined with specificity. Government counsel has spoken with the assigned Probation Officer and with counsel for victim Travelers/Citicorp and has been informed that more time is needed to obtain the information sufficient for the Probation Officer to determine the scope of

the victim's guideline loss.

6. Defense counsel has authorized government counsel to inform the Court that he joins this Motion for Continuance. Therefore, the parties request that this Court postpone the sentencing hearing in this case for a period of thirty (30) days.

**WHEREFORE**, the parties respectfully request that this Court issue an Order continuing the Sentencing Hearing for a period of thirty (30) days. A proposed Order is attached.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

By: /s/ Shannon T. Hanson
      Shannon T. Hanson
      Assistant United States Attorney
      U.S. Attorney's Office
        for the District of Delaware
      1007 N. Orange Street, Suite 700
      Wilmington, DE 19801
      (302) 573-6277 x128

/s/ John S. Malik
John S. Malik, Esq.
Counsel for Defendant Sheila M. Hayford

Dated: March 6, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| **Plaintiff** | : | |
| v. | : | Cr. A. No. 06-108-JJF |
| SHEILA MARGARET HAYFORD, | : | |
| **Defendant.** | : | |

### ORDER

Having considered the Joint Motion To Continue Sentencing and for the reasons set forth therein,

IT IS HEREBY ORDERED this_____ day of _____, 2008 that the sentencing hearing in the above-captioned case, currently scheduled for April 3, 2008, is CANCELLED.

The sentencing hearing in this matter is continued until _____, 2008 at _____.

_____
Joseph J. Farnan, Jr.
United States District Court
District of Delaware