IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| **Plaintiff** | : | |
| v. | : | Cr. A. No. 06-108-JJF |
| | : | |
| SHEILA MARGARET HAYFORD, | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Having considered the Joint Motion To Continue Sentencing and for the reasons set forth therein,

IT IS HEREBY ORDERED this  10  day of  March  2008 that the sentencing hearing in the above-captioned case, currently scheduled for April 3, 2008, is CANCELLED.

The sentencing hearing in this matter is continued until  TBD , 2008 at _____.



Joseph J. Farnan, Jr.
United States District Court
District of Delaware

FILED
MAR 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE