IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-108 JJF |
| SHEILA MARGARET HAYFORD, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court granted a Joint Motion to Continue Sentencing (D.I. 39);

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **May 8, 2008 at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 9, 2008
DATE

UNITED STATES DISTRICT JUDGE