IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-108-JJF |
| SHEILA HAYFORD, | : | |
| Defendant. | : | |

**MOTION FOR SENTENCING CONTINUANCE**

**COMES NOW,** Defendant Sheila Hayford, by and through her attorney, John S. Malik, and respectfully requests that Sentencing in the above captioned criminal action be continued based upon the following grounds:

1. Sentencing in the above captioned criminal action is to occur on Thursday, May 8, 20078at 3:00 P.M. in the United States District Court for the District of Delaware before the Honorable Joseph J. Farnan, Jr.

2. Defendant Sheila Hayford is seeking a continuance of the May 8, 2008 Sentencing date. Ms. Hayford only recently was able to meet with counsel to review the Presentence Report. Specifically, counsel met with Ms. Hayford on Monday evening, April 21, 2008 to review the Presentence Report. Counsel was unable to schedule an earlier interview with Ms. Hayford due to her personal schedule. Ms. Hayford has recently written a book and has been involved with publication and publicity issues for her book.

3. Counsel has been involved in a mistrial and immediate retrial of a Home Improvement Fraud case in the Superior Court of the State of Delaware in and for New

Castle County before Judge Ableman in the case of <u>State of Delaware v. Paul Zugehoer</u> since April 24, 2008. It is anticipated that trial will conclude on Tuesday, April 29, 2008. Counsel believes that he will be able to provide the United States Probation Office with Ms. Hayford's objections to the Presentence Report by Wednesday, April 30, 2008.

      4.     Counsel has advised Shannon Thee Hanson, Esquire, the Assistant United States Attorney assigned to Ms. Hayford's case of defense counsel's intent to request a continuance of Sentencing. Ms. Hanson has indicated that the government opposes any Sentencing continuance.

      5.     On behalf of Defendant Hayford, counsel waives any rights to a speedy Sentencing with respect to the subject Sentencing continuance request.

      6.     Defendant Hayford seeks a thirty day continuance of her Sentencing Hearing.

**WHEREFORE,** Defendant Sheila Hayford respectfully requests that this Honorable Court enter an Order continuing Sentencing in the above captioned criminal action.

                                              /s/ John S. Malik  
                                            JOHN S. MALIK  
                                            100 East 14th Street  
                                            Wilmington, Delaware 19801  
                                            (302) 427-2247  
                                            Attorney for Defendant,  
                                             Sheila Hayford

Dated: April 28, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-108-JJF |
| SHEILA HAYFORD, | : | |
| Defendant. | : | |

## ORDER

**AND NOW, TO WIT,** this _____ day of April, A.D., 2008, Defendant Sheila Hayford's Motion for Sentencing Continuance having been duly heard and considered,

**IT IS SO ORDERED**:

That Sentencing in the above captioned matter is hereby continued to a date to be scheduled by the Court.

---

THE HONORABLE JOSEPH J. FARNAN, JR.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr.A. No. 06-108-JJF |
| SHEILA HAYFORD, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, John S. Malik, attorney for Defendant Sheila Hayford do hereby certify that on this 28th day of April, A.D., 2007, I have had the attached Motion for Sentencing Continuance served electronically and via United States Mail, first class postage prepaid, upon the individual(s) listed below at the following address(es):

Shannon Thee Hanson, Esquire
Assistant United States Attorney
United States Attorney's Office
Nemours Building
1007 Orange Street, 7th Floor
Wilmington, Delaware 19801

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247
Attorney for Defendant,
Sheila Hayford