IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-108-JJF |
| SHEILA HAYFORD, | : | |
| Defendant. | : | |

## ORDER

AND NOW, TO WIT, this 28 day of April, A.D., 2008, Defendant Sheila Hayford's Motion for Sentencing Continuance having been duly heard and considered,

**IT IS SO ORDERED**:

That Sentencing in the above captioned matter is hereby continued to a date to be scheduled by the Court.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.