IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-108-JJF |
| SHEILA HAYFORD, | : |
| Defendant. | : |

### O R D E R

WHEREAS, a Sentencing was scheduled in this matter for May 8, 2008;

WHEREAS, Defendant has filed a Motion for Sentencing Continuance (D.I. 41) requesting a continuance for a period of thirty days;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant's Motion For Sentencing Continuance (D.I. 41) is **GRANTED**.

2. The May 8, 2008 Sentencing is cancelled.

3. Defendant's Sentencing will be held on **Tuesday, June 3, 2008 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

May 9, 2008
DATE

UNITED STATES DISTRICT JUDGE

FILED
MAY 9 2008
U S DISTRICT COURT
DISTRICT OF DELAWARE