# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 06-108-JJF |
| | : | |
| SHEILA HAYFORD, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT HAYFORD'S MOTION FOR SENTENCING CONTINUANCE

**COME NOW,** the Defendant Sheila Hayford, by and through her attorney, John S. Malik, and respectfully requests that this Honorable Court grant Defendant's Motion for Sentencing Continuance based upon the following grounds:

1. Sentencing is scheduled to be held in the subject criminal action on Wednesday, June 3, 2008 at 3:00 P.M. before the Honorable Joseph J. Farnan, Jr..

2. This is Defendant Hayford's second request for a continuance of her Sentencing date. Ms. Hayford's first request was to have her May 8, 2008 Sentencing date continued since she was scheduled to make a number of appearances to promote a book that she recently published.

3. Ms. Hayford has advised counsel to seek a second rescheduling of her Sentencing date since she has a book signing scheduled for June 8, 2008. Ms. Hayford recently has also provided counsel with additional information with respect to Sentencing that counsel wishes to provide the government, the United States Probation Office, and the Court prior to Sentencing.

4.     In the event that the court grants Defendant Hayford's request to reschedule Sentencing, it is noted that counsel will be out of the office on vacation during the weeks of June 9, 2008 and June 16, 2008.

5.     Counsel for Defendant Hayford has advised Shannon T. Hanson, Esquire, Assistant United States Attorney and counsel for the government, of Ms. Hayford's intention to request another rescheduling of her Sentencing date by leaving a detailed voice mail message for Ms. Hanson on Friday afternoon, May 23, 2008.  As of the date of the filing of this motion, counsel for Defendant Hayford has not ascertained the government's position regarding Ms. Hayford's Motion for Sentencing Continuance. Counsel will advise the Court of the government's position as soon as counsel as notified of the same.

6.     Defendant Hayford agrees that any time between the granting of Defendant's Motion for Sentencing Continuance and any new Sentencing date scheduled be excluded under any speedy Sentencing considerations since this continuance request is being made by and for the benefit of Defendant Hayford and in the interests of justice.

**WHEREFORE,** Defendant Sheila Hayford respectfully requests that Sentencing in the subject criminal action presently scheduled for Wednesday, June 3, 2008 be continued in the interests of justice and that all time between the date of this Order and the new Sentencing date to be scheduled be excluded under any speedy Sentencing considerations.

Respectfully submitted,


/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
302-427-2247
Attorney for Defendant,
 Sheila Hayford


Dated:  May 25, 2008

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA,    :
    :
         Plaintiff,    :
    :
    v.    :    Cr.A. No. 06-108-JJF
    :
SHEILA HAYFORD,    :
    :
         Defendant.    :

## <u>ORDER</u>

**AND NOW, TO WIT,** this _____ day of May, A.D., 2008, Defendant Sheila Hayford's Motion for Sentencing Continuance having been duly heard and considered,

**IT IS SO ORDERED:**

That Sentencing in the subject criminal action presently scheduled for Wednesday, June 3, 2008 is hereby continued as requested by Defendant Sheila Hayford in Defendant's Motion for Sentencing Continuance in the interests of justice; and,

That all time between the date of this Order and the new Sentencing date to be scheduled is hereby excluded under any speedy Sentencing considerations.

THE HONORABLE JOSEPH J. FARNAN, JR.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 06-108-JJF |
| | : | |
| SHEILA HAYFORD, | : | |
| | : | |
| Defendant. | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I, John S. Malik, attorney for Defendant Sheila Hayford do hereby certify that on this 27th day of May, A.D., 2008, I have had the attached Motion for Sentencing Continuance electronically served upon the individual listed below at the following address:

> Shannon T. Hanson, Esquire
> Assistant United States Attorney
> United States Attorney's Office
> Nemours Building
> 1007 Orange Street, Suite 700
> Wilmington, Delaware 19801

> /s/ John S. Malik
> JOHN S. MALIK
> 100 East 14th Street
> Wilmington, Delaware 19801
> (302) 427-2247
> Attorney for Defendant,
> Sheila Hayford