IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr.A. No. 06-108-JJF |
| SHEILA HAYFORD, | : |
| Defendant. | : |

### MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM

TO:  The Honorable Joseph J. Farnan, Jr.          Shannon Thee Hanson, Esquire
     United States District Court                              Assistant United States Attorney
     For the District of Delaware                            United States Attorney's Office
     Federal Building                                                Nemours Building
     844 King Street                                                    1007 Orange Street, 7th Floor
     Wilmington, Delaware 19801                          Wilmington, Delaware 19801

**COMES NOW,** Defendant Sheila Hayford by and through her attorney, John S. Malik, and respectfully requests that this Honorable Court enter an Order sealing Defendant Hayford's Sentencing Memorandum based upon the following grounds:

1.  Sentencing in the above captioned criminal action is presently scheduled for Tuesday, June 3, 2008 at 9:30 A.M. before the Honorable Joseph J. Farnan, Jr.[1]

2.  Counsel for Defendant Sheila Hayford has prepared a Sentencing Memorandum for the Court that counsel wishes the Court to review in advance of Sentencing. Portions of the Sentencing Memorandum contain sensitive and personal information regarding Ms. Hayford.

3.  Although the public has a common law right to access to judicial proceedings and papers, matters regarding the personal matters of a defendant pending

---

[1] On behalf of Defendant Sheila Hayford, counsel has sought a rescheduling of the June 3, 2008 Sentencing date through a Motion for Continuance of Sentencing filed on May 27, 2008.

Sentencing may be considered by the Court in camera and such judicial proceedings and papers relating thereto may be sealed by order of the Court upon an appropriate application of a party.

**WHEREFORE,** Defendant Sheila Hayford, by and through her attorney, John S. Malik, respectfully requests that this Honorable Court enter an Order sealing Defendant's Sentencing Memorandum.

Respectfully submitted,

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247
Attorney for Defendant,
Sheila Hayford

Dated: May 27, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr.A. No. 06-108-JJF |
| SHEILA HAYFORD, | : |
| Defendant. | : |

### ORDER

**AND NOW, TO WIT,** this _____ day of May, A.D., 2008,

**IT IS SO ORDERED:**

That Defendant's Sheila Hayford's Sentencing Memorandum and attached exhibits are hereby ordered to be sealed.

							_____
							THE HONORABLE JOSEPH J. FARNAN, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-108-JJF |
| SHEILA HAYFORD, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, John S. Malik, counsel for Defendant Sheila Hayford, do hereby certify on this 27th day of May, A.D., 2008, that I have had one copy of Defendant Hayford's Motion to Seal Sentencing Memorandum forwarded via electronic delivery to the individual listed below at the following address:

>Shannon Thee Hanson, Esquire
>Assistant United States Attorney
>United States Attorney's Office
>Nemours Building
>1007 Orange Street, 7th Floor
>Wilmington, Delaware 19801

>/s/ John S. Malik
>JOHN S. MALIK
>100 East 14th Street
>Wilmington, Delaware 19801
>(302) 427-2247
>Attorney for Defendant,
> Sheila Hayford