IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-108 JJF |
| SHEILA MARGARET HAYFORD, | : |
| Defendant. | : |

### O R D E R

WHEREAS, a Sentencing hearing has been set for Tuesday, June 3, 2008 at 9:30 a.m. in the above-captioned case;

WHEREAS, Defendant has filed a second Motion for Sentencing Continuance (D.I. 44);

WHEREAS, the Court having considered Defendant's Motion For Continuance of Sentencing Hearing scheduled for June 3, 2008;

IT IS HEREBY ORDERED that Defendant's Motion For Sentencing Continuance (D.I. 44) is **DENIED**.

May 28, 2008
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE