5-29-2008

# ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 MAY 29 PM 3: 16

To: THE HONORABLE JOSEPH J. FARNUM Jr
    U.S. DISTRICT COURT

SS

From: Sheila Margaret Hayford

RE - Request for Reconsideration of Sentencing Date
     Case # 1:06-cr-00108-JJF

Dear Judge Farnum:

I am very frustrated with my attorney Mr John Malik. Specifically letters of reference, defenses response to Mr Walters report have not been sent to you even though Mr Malik's office has had them for the past 3-4 weeks. I have been to Mr Malik's office numerous times but have been told he is either in trial or "unavailable" and the only communication I was given by Mr Malik was that since he was going to file for an extension he could send the report and the letters later. I have brought copies of the letters to The District court and been told the letters of reference could not be received by the court but had to be sent through my attorney. Mr Malik notified me that he would send these letters, my 81year old mother and sister all wanting you to receive the letters in your decision making period. I am therefore very distraught to find out on my own that as of 5-29-2008 you have still not been given the letters of reference from my family, pastor, friends and acquaintances neither the defenses response to Mr Walters report, neither supporting documents by the defense. I ask that I not be penalised for the failure of my attorney to send these reports to you in a timely fashion and ask you to please reconsider the motion to reschedule your ruling date. Mr Malik will be on vacation mid June 2008. I ask that you please give Mr Malik at least 2 weeks to give these important documents to

you. Thank you for my humble plea for reconsideration and hope that reconsideration to continue the case with Mr Malik being given at least 2 weeks to bring the letters of reference, defense response to the court. If the court will allow me I will bring the copies I have. Thank you very much.

Sincerely,
Sheila Margaret Hayford
(SHEILA MARGARET HAYFORD)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Request for Reconsideration of Sentencing Date was mailed this 29th day of May 2008 to Shannon Thee Hanson
US Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

SHEILA MARGARET HAYFORD