IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-108-JJF |
| SHEILA HAYFORD, | : |
| Defendant. | : |

**O R D E R**

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Wednesday, October 8, 2008 at 12:30 p.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

August 28, 2008
DATE

UNITED STATES DISTRICT JUDGE