November 23, 2010

U.S. District Court
J Caleb Biggs Federal Building
844 North King Street
Wilmington, DE 19801

From: Sheila Hayford   — 06 — 00108-001
P.O. Box 371
Camden, DE 19934

Re: Address Update

Happy Thanksgiving! My lease at 353 North Governor's Avenue will expire on November 30, 2010. Effective December 1, 2010 my new address will be Sheila Hayford, 51 Webbs Lane # 02, Dover, De 19904. My mailing address P.O. Box 371, Camden, DE 19934 remains the same. Thank you.

Sincerely,

*Sheila Hayford*

Sheila Hayford





Smith
P.O. Box 371
Camden, DE 19934

WILMINGTON DE 197

U.S. District Court
J Caleb Biggs Federal Building
844 North King Street
Wilmington, DE 19801